AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Alex Christensen Telephone: (313) 500-1438

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Rosemberg SANCHEZ-SANCHEZ

Case: 2:26−mj−30580
Assigned To : Unassigned
Assign. Date : 9/18/2026
Description: CMP USA v
Sanchez−Sanchez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 16, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alex Christensen, Special Agent HSI - DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 17, 2026

City and state: Detroit, MI

Honorable Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Alex Christensen, declare the following under penalty of perjury:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have been employed in this capacity since September of 2025. Prior to that, I was a Border Patrol Agent from July of 2022 to September of 2025. Currently, I am assigned to the Worksite Enforcement and Labor Exploitation investigative group in HSI.

2. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Rosemberg SANCHEZ-SANCHEZ, which attests to the following:

3. SANCHEZ-SANCHEZ is a thirty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

4. On or about November 2, 2009, U.S. Border Patrol Agents arrested SANCHEZ-SANCHEZ near Tucson, Arizona, approximately 10 miles west of the Naco Port of Entry.

5. On or about November 4, 2009, SANCHEZ-SANCHEZ was processed for a Voluntary Return and removed from the United States to Mexico.

6. On or about November 13, 2009, U.S. Border Patrol Agents arrested SANCHEZ-SANCHEZ near Tucson, Arizona, approximately 10 miles west of the Naco Port of Entry.

7. On or about November 14, 2009, SANCHEZ-SANCHEZ was processed for a Voluntary Return and removed from the United States to Mexico.

8. On or about June 16, 2019, U.S. Border Patrol Agents arrested SANCHEZ-SANCHEZ in San Deigo County, at or near Dulzura, California, and he was transported to the Brownfield Border Patrol station where he was served a Form I-860, Notice and Order of Expedited Removal.

9. On or about June 18, 2019, SANCHEZ-SANCHEZ was removed from the United States to Mexico via the San Ysidro Port of Entry.

10. In June of 2026, a source of information communicated to HSI Special Agents that a home located in Livonia, Michigan, contained three suspected illegal aliens and provided photographs of the individuals. The home was located at XXXXX Middlebelt Road in Livonia, Michigan.

11. Between July and September of 2026, HSI Special Agents conducted multiple surveillance operations on the home suspected of housing three illegal aliens and confirmed that the individuals in the photographs resided at the address.

12. On or about September 4, 2026, affiant submitted photographs of the individuals suspected of being illegal aliens to the Department of Homeland Security (DHS) Office of Biometric Identity Management (OBIM) for facial recognition analysis, which resulted in a positive match for Rosemberg SANCHEZ-SANCHEZ, DOB 05/10/19XX, A File No. XXX XXX 541, a previously removed alien.

13. On September 16, 2026, HSI Special Agents and ICE Officers carried out a targeted enforcement operation and a subsequent vehicle stop that resulted in the arrest of Rosemberg SANCHEZ-SANCHEZ, who was a passenger in the vehicle.

14. The arrest and subsequent detention of SANCHEZ-SANCHEZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. On September 16, 2026, HSI Special Agents searched SANCHEZ-SANCHEZ'S fingerprints in government electronic databases resulting in a positive match for Rosemberg SANCHEZ-SANCHEZ, DOB 5/10/19XX, A File No. XXX XXX 541, a previously removed alien.

16. HSI Special Agents reviewed immigration file records and Department of Homeland Security electronic records, indicating that Rosemberg SANCHEZ-SANCHEZ, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, subsequent to his removal from the United States on or about June 18, 2019.

17. Based on the above information, I believe there is probable cause to believe that SANCHEZ-SANCHEZ is an alien, who was previously removed from the United States and was recently found in the United States, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Alex Christensen, Special Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
September 17, 2026